UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HARRIS,

    Plaintiff,

v.                                        Case No: 12-CV-12331-DT

DETROIT PUBLIC SCHOOLS, ET AL.,

    Defendants.
                                    /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motions to Dismiss" dated September 20, 2012,

**IT IS ORDERED AND ADJUDGED** that the complaint be, and the same hereby is **DISMISSED**.

Dated at Detroit, Michigan, this 20th day of September 2012.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    BY: s/Lisa Wagner
                                                    Deputy Clerk and
                                                    Case Manager to
                                                    Judge Robert H. Cleland